

FILED

03/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 14-0745

FILED

MAR 2 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 14-0745

_____

IN RE TEMPORARY ELECTRONIC FILING
RULES

O R D E R

_____

On November 19, 2014, the Supreme Court adopted Temporary Electronic Filing Rules. We have determined that certain amendments to Rules 3 and 10 are necessary.

Accordingly, IT IS ORDERED that, effective immediately, Rule 3 of the Temporary Electronic Filing Rules is amended to include a new subsection (h) as follows:

(h) A registered user shall not knowingly permit or cause the user's password to be used by anyone else. If a registered user has reason to suspect that the security of the user's log-in and password has been compromised, the user shall immediately contact the E-Filing System Administrator.

IT IS FURTHER ORDERED that, effective immediately, Rule 10 of the Temporary Electronic Filing Rules is amended as follows:

**(10) SIGNING PLEADINGS, MOTIONS AND OTHER PAPERS:**

(a) **SIGNATURES ON ELECTRONIC FILINGS:**

~~1. A registered user's log-in and password serve as the user's signature on all documents electronically filed with the Court.~~

2̶1. Except as provided by (10)(b), where a hand signature would otherwise appear, each document filed electronically by a registered user ~~may~~ shall be signed in the format "/s/ ~~Chris E. Attorney.~~Signer's Name" or with a handwritten signature.

~~3. A registered user shall not knowingly permit or cause the user's password to be used by anyone else. If a registered user has reason to suspect that the security of the user's log-in and password has been compromised, the E-Filing System Administrator must be contacted immediately.~~

4~~2~~. Only a judge, registered user, clerk of court, court reporter, or deputy clerk of court may use the "/s/" signature form, ~~and,~~ except as provided by (10)(b) (1)(a) ~~only~~ when signing the document as the filer.

**(b) JOINTLY FILED DOCUMENTS; MULTIPLE SIGNATURES:**

1. Documents requiring signatures of more than one party may be filed in one of the following ways:

(a) Where all signers ~~are registered users and where all~~ consent to the filing, by using the "/s/" electronic signature as to all parties;

(b) Where all signers use hand signatures, by scanning the document and filing it electronically ~~without the "/s/" signature by any party~~;

(c) ~~By scanning one or more identical documents with~~ With a combination of hand signatures and ~~attaching each document as an exhibit to a document bearing the registered user's~~ "/s/" electronic signatures where all signers consent to the filing; or

(d) By using any other method prescribed by the Court.

~~2. In no event may one signature page be signed in the "/s/" electronic form by one party and by hand signature by another party.~~

IT IS FURTHER ORDERED that, effective immediately, Rule 11 of the Temporary Electronic Filing Rules is amended to include new subsections (c) and (d) as follows:

(c) Only registered users who are parties or otherwise authorized to access confidential, sealed cases may access such cases via the Electronic Filing System for Montana Courts.

2

(d) All registered users of the Electronic Filing System shall take immediate steps to remove a staff member's account from the list of Authorized Support Staff upon the staff member's change of employment and are strongly encouraged to change their Electronic Filing System password. Instructions to remove the staff member's account from the list of Authorized Support Staff can be found here: https://courts.mt.gov/external/efile/instructions/Authorized_Staff.pdf

The complete text of the Temporary Electronic Filing Rules, as herein amended, is attached to this Order.

The Clerk is directed to provide copies of this Order to the Montana State Law Library, the State Bar of Montana, the Appellate Defender's Office, the Attorney General's Office, and to each member of the Supreme Court Commission on Technology.

Dated this ~~19th~~ 26th day of March, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

3